IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| LOU ANN MORRISON, | ) | |
| | ) | Civil No. 04-1542-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED that the parties' STIPULATION FOR EAJA FEES, filed 1/9/06, is GRANTED and attorney fees in the amount of $5378.52 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated this 10th day of January, 2006.

by _____
Paul Papak
United States Magistrate Judge